THE MERCANTILE TRUST COMPANY, as Trustee under the Will of JULES R. GIMBERNAT, Deceased, Plaintiff, *v.* JULES R. GIMBERNAT, Respondent, and HENRY M. BLACK, Appellant, Impleaded with Others.

*Mercantile Trust Co.* v. *Gimbernat*, 143 App. Div. 305, affirmed.
(Argued October 29, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 18, 1911, modifying and affirming as modified a judgment in favor of Jules R. Gimbernat entered upon a decision of the court on trial at Special Term in an action to determine the rights of the defendants in a certain trust fund.

*Benjamin N. Cardozo* and *Ambrose G. Todd* for appellant.

*Harry Eckhard* and *Philip Carpenter* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: CULLEN, Ch. J.